STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. DERRICK FLINT, BARRY STEVENS JACKSON, AND CLEMENTINE JENKINS, DEFENDANTS-RESPONDENTS.

Argued December 18, 1973—Decided January 2, 1974.

*Mr. Mart Vaarsi*, Deputy Attorney General, argued the cause for appellant, (*Mr. Michael R. Perle*, Deputy Attorney

General, of counsel and on the brief; *Mr. George F. Kugler, Jr.,* Attorney General of New Jersey, attorney).

*Mr. Harold Goldman* argued the cause for defendant Flint, (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. James K. Smith, Jr.,* Assistant Deputy Public Defender, argued the cause for defendant Jackson (*Mr. Stanley C. Van Ness,* Public Defender, attorney, *Mr. Lloyd N. Simon,* Assistant Deputy Public Defender, of counsel and on the brief).

*Mr. William E. Norris,* Assistant Deputy Public Defender argue the cause for defendant Jenkins (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division. *State v. Flint et al.,* reported at 126 *N. J. Super.* 182 (App. Div. 1973).

*For affirmance* — Acting Chief Justice JACOBS, Justices HALL, SULLIVAN, PASHMAN and CLIFFORD and Judge COLLESTER—6.